IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOANN RICHARDSON.                                                                    PLAINTIFF

vs.                                   CASE NO. **4:06CV00255GH**

MORGAN KEEGAN & COMPANY, INC.,
ET AL.                                                                                DEFENDANTS

## ORDER

The motion for Shea O'Brien Hicks to be admitted *pro hac vice* is hereby granted.

IT IS SO ORDERED this ___5___ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE