# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| **JOANN RICHARDSON, an individual,** ) | |
| **and through ROBERT E. RICHARDSON, Jr.,** ) | |
| **her Lawful Attorney In Fact** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 4:06CV-00255 GH** |
| ) | |
| **MORGAN KEEGAN & COMPANY, INC.;** ) | |
| **and VAN KAMPEN INVESTMENTS, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

The Defendant Morgan Keegan & Company, Inc. ("Morgan Keegan") filed a Motion For Summary Judgment on February 8, 2007. The Court has been advised by counsel that Defendant Morgan Keegan has agreed to extend the date by which the Plaintiff may respond to the motion through and including February 26, 2007.

IT IS HEREBY ORDERED that Plaintiff shall have through and including February 26, 2007 to file their Response to Defendant's Motion For Summary Judgment.

IT IS SO ORDERED.

_____
HONORABLE GEORGE HOWARD
District Judge

February 13, 2007
_____
DATE

                                  Respectfully submitted,

                                  **EICHENBAUM, LILES & HEISTER, P.A.**
                                  124 West Capitol Avenue, Suite 1400
                                  Little Rock, AR 72201-3736
                                  (501) 376-4531
                                  Fax: 376 - 8433

                                **By:**_____
                                    **James H. Penick, III, ABA # 81129**


## CERTIFICATE OF SERVICE

     I, James H. Penick, III, do hereby certify that a true and correct copy of the foregoing was served on the following persons via regular mail by depositing same in the United States Post Office, postage prepaid on this _____ day of November, 2006.

Amy Lee Stewart
Kathryn Perkins
ROSE LAW FIRM
120 E. Fourth St.
Little Rock, AR 72201

                                            _____
                                            James H. Penick, III