## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| JOANN RICHARDSON, an individual, and through ROBERT E. RICHARDSON, Jr., her Lawful Attorney In Fact | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | CASE NO. 4:06CV-00255 GH |
| MORGAN KEEGAN & COMPANY, INC.; and VAN KAMPEN INVESTMENTS, INC. | ) ) ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL

The Court having been advised that the above cause of action has been settled, it is hereby dismissed with prejudice. If any party desires that the terms of the settlement become a part of the record herein, they should be reduced to writing and filed with the Court within 30 days of this order.

IT IS SO ORDERED.

_____
HONORABLE GEORGE HOWARD
District Judge

<u>April 10, 2007</u>
DATE

Approved as to form:

<u>/s/ James H. Penick, III</u>
Attorney for Plaintiffs
Jo Ann Richardson and
Dr. Robert E. Richardson, Jr.

<u>/s/Shea O'Brien Hicks</u>
Attorney for Defendant
Morgan Keegan & Company, Inc.

<u>/s/ Claire Hancock</u>
Attorney for Defendant

Van Kampen Investments, Inc.